UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Theresa Taylor,<br><br>    Plaintiff,<br><br>v.<br><br>National Credit Works, Inc.<br>adba National Credit Works II, LLC<br>3719 Union Road, Suite 221<br>Cheektowaga, NY 14225<br><br>    Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff is a resident of the State of Illinois.

4- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the õDebtö).

5- Defendant is a corporation with its principal place of business in Cheektowaga, New York.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around April 7, 2011, Defendant telephoned Plaintiff's place of employment and spoke with one of Plaintiff's co-workers (Co-Worker).

10- During this communication, Defendant disclosed the existence, nature, and/or amount of the debt to Co-Worker.

11- During this communication, Defendant falsely represented itself as a law firm.

12- During this communication, Defendant false represented that it filed a lawsuit against Plaintiff.

13- During this communication, Defendant falsely represented that Plaintiff had to be appear in court on April 15, 2011 at 2:00pm.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the debt.

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692e(5) by threatening to take action that it could not legally take.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e(5) by threatening to take action that it did not intend to take.

## COUNT IV

22- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692e(10) by making false representations during the collection, or attempted collection, of a debt.

## COUNT IV

24- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

25- Defendant violated 15 USC § 1692f by using unfair and unconscionable means to collect or attempt to collect a debt.

## JURY DEMAND

26- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27- Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

    b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3);

    d. Any other legal and/or equitable relief as the Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

                              Meier LLC

                              By: */s/ Richard J. Meier*
                              Richard J. Meier, Esq.
                              1801 Tower Drive, Suite 322
                              Glenview, IL 60026
                              Tel: 312-242-1849
                              Fax: 312-242-1841
                              richard@meierllc.com
                              *Attorney for Plaintiff*