# United States District Court
## Northern District of Illinois
### Eastern Division

Theresa Taylor                         **JUDGMENT IN A CIVIL CASE**

         v.                                          Case Number: 11C4279

National Credit Works, Inc.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that motion for default judgment is granted. Motion for attorneys fees and costs is granted. Judgment is entered in favor of plaintiff Theresa Taylor and against defendant National Credit Works, Inc., adba National Credit Works II, LLC, in the amount of $26,855.00, including fees and costs.

Thomas G. Bruton, Clerk of Court

Date: 11/22/2011                              _____
                                                     /s/ Olga Rouse, Deputy Clerk